(No. 5752. October 29, 1931.)

CITY OF BURLEY, CASSIA COUNTY, IDAHO, and OAKLEY HIGHWAY DISTRICT, Respondents, v. EMMITT PFOST, Commissioner of Law Enforcement, State of Idaho, BURLEY HOME OIL COMPANY, a Corporation, and CONTINENTAL OIL COMPANY, a Corporation, Appellants.

[4 Pac. (2d) 898.]

Fred J. Babcock, Attorney General, and Maurice H. Greene, Assistant Attorney General, for Appellants.

Wolfe & Neilson, for Respondents.

McNAUGHTON, J.—The law applicable to *Independent School District v. Pfost, ante,* p. 240, 4 Pac. (2d) 893, argued and submitted at this term, is decisive of this case. Upon the authority of the opinion in that case the judgment in this case is reversed, with directions to sustain the demurrer and dismiss the complaint.

Lee, C. J., and Budge, Givens and Varian, JJ., concur.